270

UNITED STATES, Appellee,

v.

**Michael L. McANALLY, Boiler Technician Fireman Apprentice, United States Navy, Appellant.**

No. 39,315.
NCM 79–1819.

U. S. Court of Military Appeals.

Feb. 17, 1981.

For Appellant: *Lieutenant Commander John A. Stevens, JAGC, USNR–R, Lieutenant Commander Kerry T. Davidson, JAGC, USN* (on brief).

For Appellee: *Commander T. C. Watson, Jr., JAGC, USN, Captain Craig L. Kemmerer, USMCR, Lieutenant J. G. Van Winkle, JAGC, USN* (on brief).

OPINION OF THE COURT

PER CURIAM:

The Judge Advocate General of the Navy has certified the following issue:

DOES AN ACCUSED'S GUILTY PLEA WAIVE A PREVIOUSLY ASSERTED CLAIM OF DENIAL OF SPEEDY TRIAL?

The United States Navy Court of Military Review held that the accused had been accorded a speedy trial. Thus, a resolution of the certified issue would not materially alter the situation for the accused or the Government. Accordingly, as in *United States v. Clay*, 10 M.J. 269 (1981), we decline to answer the certified issue.